# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR 16-84(2) WMW/JSM |
| Diane L. Kroupa | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Diane L. Kroupa                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment          Superseding Indictment          Information          Superseding Information          Complaint
   Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Defraud the United States, 18:371; Count 2: Tax Evasion 2009, 26:7201 and 18:2; Count 3: Tax Evasion 2010, 26:7201 and 18:2; Count 4: Making and Subscribing a False Return - 2009, 26:7206(1) and 18:2; Count 5: Making and Subscribing a False Return - 2010, 26:7206(1), and 18:2; Count 6: Obstruction of IRS Audit, 26:7212(a) and 18:2

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

_____
*Issuing officer's signature*

City and state:   St. Paul, MN

Mary Kay Grzybek, Deputy Clerk
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____