# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### CASE NO.: 16-CR-84 (WMW/JSM)

UNITED STATES OF AMERICA,

            Plaintiff,

v.

ROBERT E. FACKLER, (1)

            Defendant.

**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Robert E. Fackler, a defendant in this case, agree to the statement of facts in support of my Motion to Exclude Time Under the Speedy Trial Act.

I request that the period of time from now until November 30, 2016 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 5-12-16

            Robert E. Fackler
            Defendant

Dated: 5-13-2016

            Thomas E. Brever #11356
            Foster Brever Wehrly, PLLC
            2812 Anthony Lane So., Suite 200
            St. Anthony, MN 55418
            (612) 436-3291