## UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No.: 16-CR-00084 (WMW)

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DIANE L. KROUPA (2),<br>    Defendant. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE POSITION ON SENTENCING** |

---

Defendant Diane L. Kroupa, through her attorney Thomas M. Kelly, moves the Court for an extension of time to file her Position on Sentencing. The defendant requests an extension until Friday, June 9, 2017, to file her memorandum with the Court. Since receipt of the Final Notice of the Presentence Report on May 19th, counsel for the defendant has been preparing for the State v. Jeronimo Yanez trial which commenced on May 30th, in Ramsey County District Court. The extension requested is necessary to allow counsel adequate time, while in trial, to insure the unique circumstances relevant to the Defendant's Position on Sentencing are properly put forth.

The defendant's request for an extension was submitted to the Government for comment and was returned with no objections.

Dated: June 1, 2017

s/Thomas M. Kelly
Thomas M. Kelly
Attorney Reg. No. 54914
Kelly & Jacobson
200 South Sixth Street, Suite 420
Minneapolis, Minnesota 55402
Telephone: (612) 339-5055
Facsimile:  (612) 339-7851

Attorney for Diane L. Kroupa