UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-CR-84 (WMW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | GOVERNMENT'S MOTION TO FILE REPSONSE TO DEFENDANT'S SENTENCING POSITION OUTSIDE OF TIME PERMITTED BY LOCAL RULE 82.10(G)(1) |
| v. | |
| DIANE L. KROUPA, | |
| Defendant. | |

The United States of America, by and through its attorneys Gregory G. Brooker, Acting United States Attorney for the District of Minnesota, and Assistant United States Attorneys Timothy C. Rank and Benjamin F. Langner, hereby moves the Court for an order permitting the Government to file its Response to Defendant Kroupa's Position Regarding Sentencing outside of the time permitted by Local Rule 82.10(g)(1).

Defendant Kroupa filed her Position Regarding Sentencing on June 9, 2017. Sentencing in this matter is scheduled for June 22, 2017. Local Rule 82.10(g)(1) provides that a response to a party's position regarding sentencing should be filed at least 7 days before sentencing. The Government seeks leave to file a three-page Response to Kroupa's Position Regarding Sentencing outside the time permitted under Local Rules.

Dated: June 20, 2017                    Respectfully submitted,

                                        GREGORY G. BROOKER
                                        Acting United States Attorney

                                        s/ *Timothy C. Rank*

                                        BY: TIMOTHY C. RANK
                                        Assistant U.S. Attorney