**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**SENTENCING**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | |
| Plaintiff, ) | Case No:   16-cr-0084 (WMW/KMM) |
| ) | Date:   June 22, 2017 |
| v.   ) | Court Reporter: Lori Simpson |
| ) | Courthouse:   St. Paul |
| ROBERT E. FACKLER (1), ) | Courtroom:   3B |
| ) | Time Commenced: 10:03 a.m. |
| Defendant. ) | Time Concluded:   10:44 a.m. |
| | Sealed Hearing Time: |
| | Time in Court:   Hours & 41 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:   Benjamin F. Langner, Timothy C. Rank; Assistant United States Attorneys
    For Defendant:   Thomas M. Kelly ☐ FPD ☐ CJA √ Retained ☐ Appointed

    Interpreter/Language: [Interpreter] / [Language]

    ☐ **Evidentiary Hearing** (only select if witness list filed)

    √ **Sentencing.**

    ☐ **Hearing held on objections to the presentence report.**

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One | √ | | 34 mos. | | 3 yrs. | | |

    Sentence (or s.r.) to run ☐ concurrently ☐ consecutively

    √ See J&C for special conditions

√ Defendant sentenced to pay:
- ☐ Fine in the amount of $ to be paid.
- √ Restitution in the amount of $523,469.00 jointly and severally with co-defenant Robert E. Fackler.
- ☐ Costs of prosecution in the amount of $ to be paid .
- √ Special assessment in the amount of $100.00 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until [Execution of Sent susp until].
√ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
√ On Motion of the Gov't., counts 2-6 in the Indictment are dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:    shall be unsealed at the time the judgment is filed.
☐ Docket no.:    shall remain sealed until [Date to unseal listed doc.].
√ Docket nos.: 75, 76, 77 shall be sealed indefinitely.

s/Terianne Bender<br>Courtroom Deputy