# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | )     **COURT MINUTES - CRIMINAL** |
|        Plaintiff, | ) |
| | )    Case No:    16-cr-0084 (WMW/KMM) |
|        v. | )    Date:        June 22, 2017 |
| | )    Court Reporter: Lori Simpson |
| DIANE L. KROUPA (2), | )    Courthouse:    St. Paul |
| | )    Courtroom:    3B |
|        Defendant. | )    Time Commenced: 10:03 a.m. |
| | )    Time Concluded:   10:44 a.m. |

Time Commenced: 10:03 a.m.
Time Concluded:    10:44 a.m.
Sealed Hearing Time:
Time in Court:    Hours & 41 Minutes

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:     Benjamin F. Langner, Timothy C. Rank; Assistant United States Attorneys
    For Defendant:    Thomas M. Kelly ☐ FPD ☐ CJA √ Retained ☐ Appointed

    Interpreter/Language: [Interpreter] / [Language]

    ☐ **Evidentiary Hearing** (only select if witness list filed)

    √ **Sentencing.**

    ☐ **Hearing held on objections to the presentence report.**

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One | √ | | 34 mos. | | 3 yrs. | | |

    Sentence (or s.r.) to run ☐ concurrently ☐ consecutively

    √ **See J&C for special conditions**

√ Defendant sentenced to pay:

    □ Fine in the amount of $ to be paid.

    √ Restitution in the amount of $523,469.00 jointly and severally with co-defenant Robert E. Fackler.

    □ Costs of prosecution in the amount of $ to be paid .

    √ Special assessment in the amount of $100.00 to be paid immediately.


□ Plea and plea agreement accepted.

□ Court Ordered Denial of Federal Benefits.

□ Execution of sentence of imprisonment suspended until [Execution of Sent susp until].

√ Defendant released pending execution of sentence of imprisonment on same terms and conditions as
   previously released.

□ Execution of sentence of fine suspended.

√ On Motion of the Gov't., counts 2-6 in the Indictment are dismissed as to this defendant only.

□ Motion for departure is    □ granted    □ denied.

□ Defendant remanded to the custody of the U.S. Marshal.


□ Docket no.:    shall be unsealed at the time the judgment is filed.

□ Docket no.:    shall remain sealed until [Date to unseal listed doc.].

√ Docket nos.: 75, 76, 77 shall be sealed indefinitely.


s/Terianne Bender<br>
Courtroom Deputy